1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

11

**SOUTHERN DISTRICT OF CALIFORNIA**

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| SENTRY INSURANCE A MUTUAL COMPANY, a Wisconsin corporation,<br><br>                              Plaintiff,<br><br>    v.<br><br>PROVIDE COMMERCE, INC., a Delaware corporation, and DOES 1 – 100,<br><br>                              Defendant. | Case No. 14-cv-02868-BAS-WVG<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS** |
| PROVIDE COMMERCE, INC., a Delaware corporation,<br><br>                              Counter-Claimant,<br><br>    v.<br><br>SENTRY INSURANCE A MUTUAL COMPANY, a Wisconsin corporation; ST PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation,<br><br>                              Counter-Defendants. | |

1  //

2       Presently before the Court is Plaintiff and Counter-Defendant Sentry Insurance
3  A Mutual Company, Defendant and Counter-Claimant Provide Commerce, Inc., and
4  Counter-Defendant St. Paul Fire and Marine Insurance Company's (collectively, the
5  "parties") joint motion to dismiss this case with prejudice in its entirety. (ECF No.
6  51.) Having reviewed the motion, and noting that all parties have stipulated to the
7  dismissal, the Court **GRANTS** the motion and **DISMISSES WITH PREJUDICE**
8  this action in its entirety. (ECF No. 51.) The Clerk of Court shall terminate all pending
9  motions (ECF Nos. 37, 38) and close the file. The parties shall bear their own costs
10 and attorneys' fees.

11       **IT IS SO ORDERED**.

13 **DATED:  January 10, 2017**

Hon. Cynthia Bashant
United States District Judge